Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

Hallie Diethelm Caldarone (*admitted pro hac vice*)
CaldaroneH@jacksonlewis.com
Michael C. Stepien (*admitted pro hac vice*)
Michael.stepien@jacksonlewis.com
**JACKSON LEWIS P.C.**
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel: (312) 787-4949
Fax: (312) 787-4995

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WENDY GUZMAN and DANIELLE JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LINCOLN TECHNICAL INSTITUTE, INC., LINCOLN EDUCATIONAL SERVICES CORPORATION, EUPHORIA ACQUSITION, LLC, NEW ENGLAND INSTITUTE OF TECHNOLOGY AT PALM BEACH, INC., SHAUN E. MCALMONT, CESAR RIBIERO, and BRIAN K. MEYERS,<br><br>Defendants. | Case No. 2:13-cv-02251-JAD-VCF<br><br><br><br><br><br>**MOTION TO WITHDRAW APPEARANCE OF HALLIE DIETHELM CALDARONE** |

Pursuant to Local Rule IA 10-6 of this Court, the undersigned counsel requests the Court's permission to withdraw her appearance on behalf of the Defendants in the above captioned action and in support thereof, represents the following:

1. The undersigned will no longer be affiliated with the law firm of Jackson Lewis P.C. in Chicago, Illinois as of April 30, 2015.

2. The undersigned anticipates having no further involvement with this matter.

3. Defendants continue to be represented by Elayna J. Youchah and Michael C. Stepien of Jackson Lewis P.C. who have previously appeared in this action as counsel for the Defendants.

4. Attorney Hallie Diethelm Caldarone has communicated to Defendants that the undersigned will no longer be affiliated with Jackson Lewis P.C., and that Attorneys Elayna J. Youchah and Michael C. Stepien will continue to represent Defendants.

WHEREFORE, the undersigned requests this Court to grant her leave to withdraw her Appearance on behalf of Defendants Euphoria Acquisition, LLC; Lincoln Technical Institute, Inc.; Shaun McAlmont; Cesar Ribiero; and Brian Meyers.

Dated this 24th day of April, 2015.

JACKSON LEWIS P.C.


/s/ Hallie Diethelm Caldarone
Hallie Diethelm Caldarone (*admitted pro hac vice*)
**JACKSON LEWIS P.C.**
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: April 30, 2015