Leon Greenberg, Bar No. 8094
Dana Sniegocki, Bar No. 11715
Leongreenberg@overtime.com
Leon Greenberg Professional Corporation
2965 South Jones Boulevard #E-4
Las Vegas, NV 89146
Tel: (702) 383-6085
Fax: (702) 385-1827

Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel:  (702) 921-2460
Fax: (702) 921-2461

Kirsten A. Milton (*admitted pro hac vice*)
kirsten.milton@jacksonlewis.com
Michael C. Stepien (*admitted pro hac vice*)
michael.stepien@jacksonlewis.com
**JACKSON LEWIS P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL  60601
Tel: (312) 787-4949
Fax: (312) 787-4995
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY GUZMAN and DANIELLE JOHNSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN TECHNICAL INSTITUTE, INC., EUPHORIA ACQUISITION, LLC, NEW ENGLAND INSTITUTE OF TECHNOLOGY AT PALM BEACH, INC., SHAUN E. MCALMONT, CESAR RIBIERO, and BRIAN K. MEYERS,<br><br>Defendants. | Case No. 2:13-cv-02251-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiffs and Defendants, by and through their attorneys of record, hereby stipulate and agree to the following:

1.      On January 2, 2015, Docket # 77, the Court entered the parties' proposed Stipulation and Order Modifying Discovery Schedule and Continuing Status Conference Scheduled for January 5, 2015 at 10 a.m. ("Scheduling Order"), which set a dispositive motion deadline of August 31, 2015.

2.      Due to scheduling conflicts, as well as unanticipated personal matters, on August 24, 2015, Defendants' counsel contacted Plaintiffs' counsel to discuss extending the dispositive motion deadline by ten days, through and including, September 11, 2015.  Plaintiffs' counsel agreed to the extension.

3.      No responsive pleading deadlines have been scheduled.

4.      This is a one-time request for an extension of time and, absent unanticipated, extraordinary circumstances, the parties do not intend to seek any additional extensions of the dispositive motion deadline.

5.      This stipulation is submitted based upon good cause and is not made for the purpose of delay.

Respectfully submitted this 26th day of August, 2015.

LEON GREENBERG PROFESSIONAL CORPORATION

_____/s/ Leon Greenberg_____
Leon Greenberg, Bar No. 8094
2965 South Jones Boulevard, #E-4
Las Vegas, Nevada 89116

*Attorneys for Plaintiffs*

JACKSON LEWIS P.C.

_____/s/ Elayna J. Youchah_____
Elayna J. Youchah, Bar No. 5837
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada  89169

*Attorneys for the Defendants*

**ORDER**

IT IS SO ORDERED ___August 26_____, 2015.

_____
U.S. ~~District~~/Magistrate Judge

JACKSON LEWIS P.C.
LAS VEGAS

-2-