AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Wendy Guzman, et al.

                Plaintiffs,

v.

Lincoln Technical Institute, Inc., et al.

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  2:13-cv-02251-RFB-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of the Defendants and against the Plaintiffs.

9/10/18
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk