1 Elayna J. Youchah, Bar #5837
youchahe@jacksonlewis.com
2 **JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
3 Las Vegas, Nevada 89169
Tel: (702) 921-2460
4 Fax: (702) 921-2461

5 Kirsten A. Milton (*admitted pro hac vice*)
kirsten.milton@jacksonlewis.com
6 Michael C. Stepien (*admitted pro hac vice*)
michael.stepien@jacksonlewis.com
7 **JACKSON LEWIS P.C.**
150 North Michigan Avenue, Suite 2500
8 Chicago, Illinois 60601

9 *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY GUZMAN and DANIELLE JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN TECHNICAL INSTITUTE, INC., EUPHORIA ACQUISITION, LLC, NEW ENGLAND INSTITUTE OF TECHNOLOGY AT PALM BEACH, INC., SHAUN E. MCALMONT, CESAR RIBIERO, and BRIAN K. MEYERS,<br><br>Defendants. | Case No. 2:13-cv-02251-JAD-VCF<br><br>**STIPULATION AND ORDER WITHDRAWING DEFENDANTS' BILL OF COSTS (ECF NO. 138)** |

The parties, by and through their respective counsel, hereby stipulate and agree to the withdrawal of defendants' Bill of Costs, filed with this Court on September 21, 2018. The parties further stipulate and agree that the Clerk of the Court shall take no action on defendants' Bill of Costs (ECF No. 138) filed in this action.

Plaintiffs hereby acknowledge and agree that, pursuant to this stipulation, each is fully and finally waiving their respective rights to appeal any decision or order rendered in this matter.

Dated this 3rd day of October, 2018.

| | |
|---|---|
| LEON GREENBERG PROFESSIONAL CORPORATION | JACKSON LEWIS P.C. |
| /s/ *Leon Greenberg* <br> Leon Greenberg, Bar No. 8094 <br> 2965 South Jones Boulevard, #E-3 <br> Las Vegas, Nevada 89146 | /s/ *Elayna J. Youchah* <br> Elayna J. Youchah, Bar No. 5837 <br> 3800 Howard Hughes Parkway, Ste. 600 <br> Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | Kirsten A. Milton (*admitted pro hac vice*) <br> Michael C. Stepien (*admitted pro hac vice*) <br> 150 North Michigan Avenue, Ste. 2500 <br> Chicago, Illinois 60601 <br><br> *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED October 4, 2018.

_____
U.S. Magistrate Judge

2